**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 03 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILLIS E. SHORT, II, on Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff - Appellant,<br><br>And<br><br>KENNETH KRUSE; et al.,<br><br>    Movants - Appellants,<br><br>   v.<br><br>SUZANNE DONDANVILLE; et al.,<br><br>    Defendants - Appellees. | No. 13-56751<br><br>D.C. No. 5:11-cv-00615-JAK-PLA<br>Central District of California, Riverside<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

6/3/2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DLM_____ DEPUTY

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Roxane G. Ashe
Circuit Mediator

RGA/Mediation